FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-0843
_____

CHRISTOPHER LAMONT ALTMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

September 5, 2018

PER CURIAM.

In this appeal pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), we affirm the revocation of Appellant's probation and the resulting sentence, but remand for the trial court to enter a corrected written order specifying that the Appellant only admitted violating the conditions of probation as alleged in grounds I through X of the fourth amended affidavit of violation of probation. *See Margolis v. State*, 148 So. 3d 532, 532 (Fla. 2d DCA 2014) (affirming revocation of probation and resulting sentence, but remanding for entry of corrected revocation order of listing only the conditions of probation to which the defendant admitted); *Narvaez v. State*, 674 So. 2d 868, 869 (Fla. 2d DCA 1996) (noting that written order of revocation must comport with oral pronouncement, and remanding with

instructions to strike from the order violations neither admitted to nor found by the court).  Appellant need not be present for this correction.

AFFIRMED but REMANDED for correction.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.